

**FREEDOM WATCH**
▶ www.FreedomWatchUSA.org

**World Headquarters** 2775 NW 49th Ave, Suite 205-345, Ocala, Florida 34482   ▶ (310) 595-0800   ▶ leklayman@gmail.com

December 30, 2014

Clerk of the Court (Civil)
United States District Court
    for the District of Columbia
333 Constitution Avenue NW, Suite 6822
Washington, D.C. 20001

Clerk of the Court (Civil)
United States Court of Appeals
    for the District of Columbia Circuit
333 Constitution Avenue NW, Suite 5205
Washington, D.C. 20001

Re:   **Notice of Appeal Expedited by Statute**
       Under Circuit Rule 47.2
       Action Seeking Preliminary Injunction

       Joe Arpaio v. Barack Obama, *et. al.*
       Case No. on Appeal:   14-5325
       District Case No. 1:14-cv-01966 (BAH)

Dear Sir/Madam:

    Plaintiff-Appellant, by counsel, hereby provides Notice to the Clerks of Court as required under Circuit Rule 47.2 of the Circuit Rules of the U.S. Court of Appeals for the District of Columbia Circuit, that this case an appeal arises from a cause of action seeking a Preliminary Injunction. Rule 47.2 requires this Notice by letter to both Clerks of Court.

    Pursuant to 28 U.S.C. § 1657, an expedited appeal is provided as of right for an appeal from a case seeking a preliminary injunction.

                                             Sincerely,

                                             Larry Klayman, Esq.
                                             Freedom Watch, Inc.
                                             2020 Pennsylvania Ave. NW, Suite 345

Washington, D.C. 20006
(310) 595-0800
leklayman@gmail.com

CC: Mr. Adam D. Kirschner, Esq.
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
Post Office Box 883
Washington, D.C. 20044
Tel.: (202) 353-9265
Fax: (202) 616-8470
Adam.Kirschner@usdoj.gov
*Attorney for Defendants*