# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 14-5325　　　　　　　　　　　　　　　　September Term, 2014

1:14-cv-01966-BAH

Filed On: January 14, 2015

Joseph M. Arpaio,
　　　　　Appellant

　　v.

Barack Obama, et al.,
　　　　　Appellees

**BEFORE:**　Rogers, Tatel, and Brown, Circuit Judges

# O R D E R

Upon consideration of the motion to expedite and the response thereto, it is

**ORDERED** that the following briefing schedule will apply in this case:

| | |
|---|---|
| Appellant's Brief | January 29, 2015 |
| Joint Appendix | January 29, 2015 |
| Appellees' Brief | March 2, 2015 |
| Reply Brief | March 16, 2015 |

Due to the expedited nature of this case, the court will not entertain dispositive motions. The parties should therefore address in their briefs any arguments otherwise properly raised in such motions.

The Clerk is directed to calendar this case for oral argument on an appropriate date following the completion of briefing.

**Per Curiam**

　　　　　　　　　　　　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　　　　Laura Chipley
　　　　　　　　　　　　　　　　　　　　Deputy Clerk/LD