# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 14-5325**　　　　　　　　　　　　**September Term, 2014**

**1:14-cv-01966-BAH**

**Filed On:** January 16, 2015

Joseph M. Arpaio,

    Appellant

  v.

Barack Obama, et al.,

    Appellees

**BEFORE:** Rogers, Tatel, and Brown, Circuit Judges

## O R D E R

Upon consideration of the "motion to slightly modify" the expedited briefing schedule, it is

**ORDERED** that the motion be denied.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:　/s/
　　Lynda M. Flippin
　　Deputy Clerk/LD